UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BALLARD, SCOTT W § Case No. 12-43803
BALLARD, JOANNE M §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/05/2013 in Courtroom 240,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2013                      By: Kenneth S. Gardner
                                                              Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BALLARD, SCOTT W § Case No. 12-43803
BALLARD, JOANNE M §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 4,950.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 75.34 | $ 0.00 | $ 75.34 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,325.34 |
| Remaining Balance | | | $ 3,624.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,447.61  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 6,089.22 | $ 0.00 | $ 359.19 |
| 000002 | FIA CARD SERVICES, N.A. | $ 11,763.45 | $ 0.00 | $ 693.90 |
| 000003 | GE Capital Retail Bank | $ 101.26 | $ 0.00 | $ 5.97 |
| 000004 | GE Capital Retail Bank | $ 1,098.62 | $ 0.00 | $ 64.81 |
| 000005 | PNC BANK | $ 12,360.40 | $ 0.00 | $ 729.11 |
| 000006 | Portfolio Recovery Associates, LLC | $ 23,064.84 | $ 0.00 | $ 1,360.54 |
| 000007 | Portfolio Recovery Associates, LLC | $ 6,969.82 | $ 0.00 | $ 411.14 |

Total to be paid to timely general unsecured creditors       $            3,624.66

Remaining Balance                                            $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-43803-CAD
Scott W Ballard                                                     Chapter 7
Joanne M Ballard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan              Page 1 of 1                  Date Rcvd: Oct 25, 2013
                              Form ID: pdf006              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
db/jdb         +Scott W Ballard,    Joanne M Ballard,    91 Glenbrook Circle,    Gilberts, IL 60136-4078
19653309        Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
19653310       +Charter One,    P.O. Box 7000,    Providence, RI 02940-7000
19653311       +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
19653312       +Citi aka Sears Gold Mastercard,    P.O. Box 653095,    Dallas, TX 75265-3095
20601317       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
19653313      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,   COMMACK NY 11725-9030
               (address filed with court: Forster & Garbus,     60 Motor Parkway,   Commack, NY 11725)
19653314       +Mitzubushi Motors Credit of America,    P.O. Box 4401,    Bridgeton, MO 63044-0401
19653315       +National Advantage Mortgage,    P.O. Box 919000,    Des Moines, IA 50391-0001
20755681       +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
19653316       +PNC Bank,    P.O. Box 4090,    Kalamazoo, MI 49003-4090
20830476      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541)
19653317       +Target National Bank,    P.O. Box 660170,    Dallas, TX 75266-0170
19653318      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,    P.O. Box 108,    Saint Louis, MO 63166)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20455570        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2013 00:57:28
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK   73124-8866
20730784        E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:58:27      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605,
                 Attn: Ramesh Singh
20753273        E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:57:15      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20830477*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to US BANK NATIONAL ASSOCIATI,    POB 41067,    Norfolk VA 23541)
19653319*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    P.O. Box 108,    Saint Louis, MO 63166)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
              Jessica S Naples    on behalf of Creditor   Nationwide Advantage Mortgage Company
               ND-Two@il.cslegal.com
              Joseph Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Martin V Kugia    on behalf of Joint Debtor Joanne M Ballard kugialaw@comcast.net
              Martin V Kugia    on behalf of Debtor Scott W Ballard kugialaw@comcast.net
              Monette W Cope    on behalf of Creditor   WORLD OMNI FINANCIAL CORP. ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6