UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BALLARD, SCOTT W § Case No. 12-43803
BALLARD, JOANNE M §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____.  The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CB | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 15019 Wilmington, DE 19886-5019 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi aka Sears Gold Mastercard P.O. Box 653095 Dallas, TX 75265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank P.O. Box 4090 Kalamazoo, MI 49003 | | | | | |
| | Target National Bank P.O. Box 660170 Dallas, TX 75266 | | | | | |
| | U.S. Bank P.O. Box 108 Saint Louis, MO 63166 | | | | | |
| | US Bank P.O. Box 108 Saint Louis, MO 63166 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | GE CAPITAL RETAIL BANK | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| 000005 | PNC BANK | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 12-43803 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | BALLARD, SCOTT W | | | Date Filed (f) or Converted (c): | 11/02/12 (f) |
| | BALLARD, JOANNE M | | | 341(a) Meeting Date: | 12/17/12 |
| For Period Ending: 01/27/14 | | | | Claims Bar Date: | 08/06/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 91 Glenbrook Cir., Gilberts, IL 60136 | 340,000.00 | 0.00 | DA | 0.00 | FA |
| 2. checking acct. - Charter Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 3. checking acct. - The National Bank | 800.00 | 0.00 | DA | 0.00 | FA |
| 4. savings acct. - The National Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Household Goods | 1,200.00 | 1,200.00 | | 500.00 | FA |
| 6. Household Goods - TV | 100.00 | 100.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 8. Furs and Jewelry | 100.00 | 100.00 | DA | 0.00 | FA |
| 9. insurance policy - MTL Ins. Co. | 5,167.36 | 0.00 | DA | 0.00 | FA |
| 10. Insurance Policiy - MTL | 3,928.21 | 0.00 | DA | 0.00 | FA |
| 11. 401 K | 98,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 401 K | 147,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2009 Mitsubishi Outlander | 16,500.00 | 1,777.11 | | 750.00 | FA |
| 14. 2007 Mitsubishi Endeavor | 7,500.00 | 1,200.00 | | 250.00 | FA |
| 15. 2006 Suzuki Forenza | 3,000.00 | 3,000.00 | | 1,500.00 | FA |
| 16. 2004 Mitsubishi Lancer | 4,000.00 | 1,000.00 | | 250.00 | FA |
| 17. 2000 Pontiac Grand Am | 500.00 | 500.00 | | 250.00 | FA |
| 18. 1994 Harley Davidson Fatboy | 3,010.00 | 3,010.00 | | 1,500.00 | FA |
| 19. Office Equipment - printer | 50.00 | 50.00 | DA | 0.00 | FA |
| 20. Office Equipment - laptop | 50.00 | 50.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $632,005.57 | $11,987.11 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-43803    RG    Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: | BALLARD, SCOTT W | Date Filed (f) or Converted (c): 11/02/12 (f) |
| | BALLARD, JOANNE M | 341(a) Meeting Date: 12/17/12 |
| | | Claims Bar Date: 08/06/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-43803 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | BALLARD, SCOTT W | Bank Name: | Congressional Bank |
| | BALLARD, JOANNE M | Account Number / CD #: | *******0296  Checking Account |
| Taxpayer ID No: | *******2457 | | |
| For Period Ending: | 01/27/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/13/13 | * NOTE * | SCOTT W BALLARD<br>91 GLENBROOK CIRCLE<br>GILBERTS, IL  60136 | * NOTE *  Properties 5, 13, 14, 15 | 1129-000 | 2,500.00 | | 2,500.00 |
| 04/10/13 | * NOTE * | SCOTT W BALLARD<br>91 GLENBROOK CIRCLE<br>GILBERTS, IL  60136 | * NOTE *  Properties 15, 16, 17, 18 | 1129-000 | 2,500.00 | | 5,000.00 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 06/01/13 | | Congressional Bank | bank service charge (4/22/13) | 2600-000 | | 10.00 | 4,980.00 |
| 06/30/13 | | Congressional Bank | bank sevice fee | 2600-000 | | 10.00 | 4,970.00 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 4,960.00 |
| 08/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,950.00 |
| 09/30/13 | | cong bnk | bank service fee | 9999-000 | | 10.00 | 4,940.00 |
| 10/24/13 | | Congressional Bank | reversal of bank service fee | 9999-000 | 10.00 | | 4,950.00 |
| 12/05/13 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2100-000 | | 1,250.00 | 3,700.00 |
| 12/05/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2200-000 | | 75.34 | 3,624.66 |
| 12/05/13 | 001003 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | | 7100-000 | | 359.19 | 3,265.47 |
| 12/05/13 | 001004 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238 | | 7100-000 | | 693.90 | 2,571.57 |
| 12/05/13 | 001005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp | | 7100-000 | | 5.97 | 2,565.60 |

Page Subtotals         5,010.00         2,444.40

Ver: 16.05c

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-43803 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | BALLARD, SCOTT W | | Bank Name: | Congressional Bank |
| | BALLARD, JOANNE M | | Account Number / CD #: | *******0296  Checking Account |
| Taxpayer ID No: | *******2457 | | | |
| For Period Ending: | 01/27/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | 001006 | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 64.81 | 2,500.79 |
| 12/05/13 | 001007 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | | 7100-000 | | 729.11 | 1,771.68 |
| 12/05/13 | 001008 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATI<br>POB 41067<br>Norfolk VA 23541 | | 7100-000 | | 1,360.54 | 411.14 |
| 12/05/13 | 001009 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOCIATI<br>POB 41067<br>Norfolk VA 23541 | | 7100-000 | | 411.14 | 0.00 |

|   |   |   |
| --- | --- | --- |
| COLUMN TOTALS | 5,010.00 | 5,010.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,010.00 | 5,010.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,010.00 | 5,010.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - *******0296 | 5,010.00 | 5,010.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,010.00 | 5,010.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |
| Page Subtotals | 0.00 | 2,565.60 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-43803 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | BALLARD, SCOTT W | | Bank Name: | Congressional Bank |
| | BALLARD, JOANNE M | | Account Number / CD #: | *******0296 Checking Account |
| Taxpayer ID No: | *******2457 | | | |
| For Period Ending: | 01/27/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********0296 | | Transfers) | To Debtors) | On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*